**Order filed February 28, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00017-CR
_____

**ROBERT TAYLOR WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 339th District Court
Harris County, Texas
Trial Court Cause No. 1225261**

## ORDER

The reporter's record in this case was due February 17, 2012. *See* Tex. R. App. P. 35.2. On February 6, 2012, the clerk of this court received the reporter's record, but was unable to file it because volumes eight through eleven had not been signed by Walter N. Johnson, the court reporter. We therefore issue the following order.

We order Walter N. Johnson, the official court reporter, to file a complete, signed record in this appeal on or before **March 9, 2012**.

PER CURIAM